MEDICAL RECOVERY SERVICES, LLC
DEBT COLLECTIONS
PO BOX 51178 / 430 SHOUP AVE
IDAHO FALLS, ID 83405
(208) 359-9447

12/14/2011

Intermountain Emergency Ph
664.00


TERRI L. CARSON
1780 BALBOA DR
IDAHO FALLS, ID  83404-6432

Account No: 144288-21465

IIuIuuIIuIuIIIuuIuIIIuuIuIuIuIIuuIIIuIuIuIuIuI

THIS ACCCOUNT HAS BEEN ASSIGNED TO US FOR IMMEDIATE COLLECTION.  PERHAPS YOU HAVE NOT INTENTIONALLY NEGLECTED THIS OBLIGATION.  IT IS SERIOUSLY PAST DUE AND REQUIRES YOUR IMMEDIATE ATTENTION.

THERE ARE THREE WAYS TO SETTLE THIS ACCOUNT:

1. YOU MAY SEND PAYMENT IN FULL;

2. YOU MAY COME INTO OUR OFFICE AND MAKE ARRANGEMENTS TO PAY YOUR ACCOUNT; OR

3. YOU MAY CONTACT OUR OFFICE BY PHONE AND MAKE ARRANGEMENTS FOR PAYMENT.

ALL COMMUNICATION AND PAYMENTS MUST BE MADE TO MEDICAL RECOVERY SERVICES, LLC.

THANK YOU,

THE COLLECTION DEPARTMENT

If you dispute the validity of this debt in writing within 30 days, we will mail verification of the debt to you.  If you do not dispute the validity of this debt within 30 days, we will assume it is valid.  At your request we will provide you with the name and address of the original creditor if  different from the current creditor. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.  Accounts will incur a finance charge of 12% per year or 1% per month on unpaid balances.

THIS IS AN ATTEMPT TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

| | |

Bryan D. Smith, Esq. *ISB # 4411*
Bryan N. Zollinger *ISB # 8008*
**SMITH, DRISCOLL & ASSOCIATES, PLLC**
414 Shoup Avenue
P.O. Box 50731
Idaho Falls, Idaho 83405
(208) 524-0731

DISTRICT COURT
MAGISTRATE DIVISION
BONNEVILLE COUNTY, IDAHO

12 FEB 23 PM 4: 41

Attorneys for Plaintiff

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE
MAGISTRATE DIVISION

| | |
|---|---|
| MEDICAL RECOVERY SERVICES, LLC, an Idaho limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>**TERRI L. CARSON and JANE DOE, husband and wife,**<br><br>Defendants. | Case No. CV-12-1123<br><br>COMPLAINT<br><br>Fee: $88.00 |

COMES NOW plaintiff, Medical Recovery Services, LLC, and for a claim against defendants, alleges as follows:

1. The plaintiff is an Idaho limited liability company qualified to do business in the State of Idaho.

2. The defendant, Terri Carson is an individual residing in the State of Idaho.

3. The Doe defendant is sued herein under a fictitious name. The fictitiously named Doe defendant, whose true name is unknown, is the spouse of the defendant, Terri Carson who incurred the debt sued upon in furtherance of and for the benefit of the community between the defendants, or is otherwise liable for the amounts sued upon. Accordingly, the Doe defendant is

liable for the debt sued upon, and the plaintiff will amend this complaint by inserting the true name when the Doe defendant's true name is ascertained.

4. At all times mentioned herein the plaintiff was, and still is, a licensed and bonded collector under the laws of the State of Idaho, and before the commencement of this action the debt herein sued upon was assigned by Intermountain Emergency Physicians to the plaintiff for the purpose of collection. The plaintiff is now the holder thereof for such purposes.

5. The defendants are husband and wife who incurred the debt as alleged herein for community purposes.

6. The defendants are indebted to the plaintiff by reason of the allegations herein and owe the plaintiff in the following stated amounts:

**INTERMOUNTAIN EMERGENCY PHYSICIANS**
| | |
|---|---|
| Principal Amount Owing | $ 770.81 |
| Prejudgment Interest | $ 125.28 |
| Subtotal | $ 896.09 |
| **TOTAL** | **$ 896.09** |

7. The plaintiff is entitled to further prejudgment interest from the date the complaint is filed until judgment is entered.

8. Despite the plaintiff's requests and demands, and without offering any reason or objection to the bill, the defendants have failed to pay the indebtedness in full.

9. To obtain payment of the obligation due, the plaintiff has been required to retain the services of Smith, Driscoll & Associates PLLC, attorneys at law. This action arises from an open account and/or from services provided. Moreover, written demand for payment on the defendants has been made more than 20 days prior to commencing this action. Pursuant to Idaho Code § 12-120(1) and 12-120(3) the plaintiff is entitled to recover the plaintiff's attorney's fees incurred herein in the sum of $385.00 if judgment is taken by default and such greater amounts

as may be evidenced to the court if this claim is contested. Pursuant to Idaho Rules of Civil procedure § 54(d)(1) the plaintiff is further entitled to recover the plaintiff's costs incurred herein.

WHEREFORE, the plaintiff demands judgment against the defendants, and each of them, for the principal sum of $770.81, together with legal interest on said sum in the amount of $125.28, the filing fee of $88.00 and attorney's fees incurred herein in the sum of $385.00, for a combined total of $1,369.09 plus the costs of suit to be proven to the court, and for such other and further relief as is equitable and just.

DATED: _____ February, 2012.

                         SMITH, DRISCOLL & ASSOCIATES, PLLC

                         Bryan N. Zollinger
                         Attorneys for Plaintiff

# NOTICE UNDER FEDERAL FAIR DEBT COLLECTION PRACTICES ACT 15 U.S.C. §§ 1692a to 1692o

Terri Carson and Jane Doe
1780 Balboa Dr Apt C
Idaho Falls, ID 83404

1. Amount of Debt exclusive of interest: $770.81

2. Name of Creditor: Medical Recovery Services, LLC

3. Unless you dispute the validity of the above-described debt, or a portion thereof, within 30 days of your receipt of this letter, we will assume that the debt is valid.

4. If you notify us, in writing, within 30 days of your receipt of this letter that you dispute the debt, or a portion thereof, we will obtain verification of the debt, or a copy of any judgment, and will mail you a copy of the verification or judgment.

5. If you request, in writing, within 30 days of your receipt of this letter, we will provide you with the name and address of the original creditor, if different from the current creditor described above.

6. This Notice informs you of specific rights to information under federal law. Any judgment in this legal action will not be taken by default until 30 days after you have been served a summons and a copy of the complaint. Thus, no judgment will be taken within 30 days of this Notice. The 30 days allowed by this Notice are not in addition to the requirements of state law.

NOTE: This is an attempt to collect a debt. Any information obtained will be used for that purpose.

F:\CLIENTS\BDS\Collections\MRS\Files\7341.07351\Pleadings\120223 Comp and Summ.docx

MRS00006

Bryan D. Smith, Esq. *ISB # 4411*
Bryan N. Zollinger *ISB # 8008*
**SMITH, DRISCOLL & ASSOCIATES, PLLC**
414 Shoup Avenue
P.O. Box 50731
Idaho Falls, Idaho 83405
(208) 524-0731

Attorneys for Plaintiff

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE STATE OF
IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE
MAGISTRATE DIVISION

| | |
|---|---|
| MEDICAL RECOVERY SERVICES, LLC, an Idaho limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>**TERRI L. CARSON and JANE DOE, husband and wife**<br><br>Defendants. | Case No. CV-12-1123<br><br>SUMMONS |

**NOTICE: YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF(S).
THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER
NOTICE UNLESS YOU RESPOND WITHIN 30 DAYS. READ THE INFORMATION
BELOW.**

TO:   Terri Carson and Jane Doe
      1780 Balboa Dr Apt C
      Idaho Falls, ID 83404

You are hereby notified that in order to defend this lawsuit, an appropriate written response must be filed with the above designated court within 30 days after service of this Summons on you. If you fail to so respond the court may enter judgment against you as demanded by the plaintiff(s) in the Complaint.

F:\CLIENTS\BDS\Collections\MRS\Files\7341.07351\Pleadings\120223 Comp and Summ.docx

MRS00007

A copy of the Complaint is served with this Summons. If you wish to seek the advice of or representation by an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1. The title and number of this case;

2. If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim;

3. Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney; and

4. Proof of mailing or delivery of a copy of your response to plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

DATED this 23 day of Feb., 2012.    _Ronald Longmore_

CLERK OF THE DISTRICT COURT

By_____
Deputy Clerk

F:\CLIENTS\BDS\Collections\MRS\Files\7341.07351\Pleadings\120223 Comp and Summ.docx

```
MEDICAL RECOVERY SERVICES, LLC              01/03/2013
DEBT COLLECTIONS
PO BOX 51178 / 430 SHOUP AVE
IDAHO FALLS, ID 83405
(208) 359-9447



    TERRY CARSON                         Account No: 159991-70282
    1780 BALBOA DR APT C
    IDAHO FALLS, ID  83404-6432
```

***************FINAL NOTICE***************

```
YOUR ACCOUNT MUST BE PAID!
OUR RECORDS INDICATE THAT A COLLECTION EFFORT TO RECOVER THIS DEBT WILL BE
SUCCESSFUL.  DO NOT FORCE US TO TAKE FURTHER ACTION.

SEND PAYMENT TO OUR OFFICE IMMEDIATELY.



    THE COLLECTION DEPARTMENT

    ACCT #      CLIENT                      AMOUNT      INT     FEES      TOTAL
    159991      Intermountain Emergency Ph  181.90     0.00     0.00     181.90
    164308      Intermountain Emergency Ph  723.00     0.00     0.00     723.00
    167171      Womens Healthcare Associat  946.60     0.00     0.00     946.60
                                                   TOTAL AMOUNT DUE     1851.50
                   |||
THIS IS AN ATTEMPT TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL BE USED FOR THIS PURPOSE.
```

```
MEDICAL RECOVERY SERVICES, LLC          05/09/2014
DEBT COLLECTIONS
PO BOX 51178 / 430 SHOUP AVE
IDAHO FALLS, ID  83405
(208)359-9447



TERRY CARSON                            Account No: 159991-70282
PO BOX 52063
IDAHO FALLS, ID  83405-2063
```

IS LEGAL ACTION REALLY NECESSARY TO SETTLE THIS MATTER?  IF SUIT IS
FILED AND A JUDGMENT ENTERED AGAINST YOU, YOUR PERSONAL PROPERTY OR
SALARY MAY BE ATTACHED.  YOU WILL ALSO BE REQUIRED TO PAY INTEREST,
COURT COSTS, AND ATTORNEY FEES AS ALLOWED BY THE COURT.  YOU MAY AVOID
ADDED EXPENSE BY:

1. MAILING YOUR PAYMENT IN FULL BY RETURN MAIL; OR

2. SENDING PART PAYMENT AND ADVISING WHEN THE BALANCE WILL BE PAID.

WE WILL WITHHOLD REFERRING THIS MATTER FOR LEGAL ACTION FOR TEN (10)
DAYS TO GIVE YOU AN OPPORTUNITY TO COMPLY WITH OUR REQUEST.  WE
APPRECIATE YOUR PROMPT ATTENTION TO THIS MATTER.


THE COLLECTION DEPARTMENT

| ACCT # | CLIENT | AMOUNT | INT | FEES | TOTAL |
|---|---|---|---|---|---|
| 159991 | Intermountain Emergency Ph | 181.90 | 0.00 | 0.00 | 181.90 |
| 164308 | Intermountain Emergency Ph | 723.00 | 0.00 | 0.00 | 723.00 |
| 167171 | Womens Healthcare Associat | 946.60 | 0.00 | 0.00 | 946.60 |
|  |  |  | TOTAL AMOUNT DUE |  | 1851.50 |

| | |
THIS IS AN ATTEMPT TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL BE USED FOR THIS PURPOSE.

MRS00077

Bryan N. Zollinger *ISB #8008*
**SMITH, DRISCOLL & ASSOCIATES, PLLC**
P.O. Box 50731
Idaho Falls, Idaho 83405
(208) 524-0731

14 MAY 23 PM 2: 09

Attorney for Plaintiff

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE STATE
OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE
MAGISTRATE DIVISION

| | |
|---|---|
| MEDICAL RECOVERY SERVICES, LLC., an Idaho limited liability company,<br><br>　　　　Plaintiff,<br>vs.<br><br>TERRI L. CARSON<br><br>　　　　Defendant | **Case Number: CV-12-1123**<br><br>ORDER OF EXAMINATION |

To:   Terri Carson, 1780 Balboa Dr Apt C, Idaho Falls, ID 83404

The plaintiff filed an application on the 14th day of May, 2014, entitled "APPLICATION FOR ORDER OF EXAMINATION". Based on the applicable law and good cause appearing therefore, the court hereby grants the application and orders you to "appear and answer upon oath concerning [your] property" pursuant to Idaho Code Section 11-501 at the following address at 9:00 a.m. on Friday, July 11, 2014:

**Bonneville County Courthouse 605 N Capital Idaho Falls, Id 83402.**

FAILURE TO APPEAR AS DIRECTED by this order may result in the court issuing a writ of body attachment (arrest warrant) in which case the local sheriff will bring you to the courthouse to compel your appearance.

DATED this 23 day of May, 2014      /s/ Steven A. Gardner
　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge

F:\CLIENTS\BDS\Collections\MRS\Files\7341.07351\Pleadings\140514 Supp Exam.docx

MRS00078

LAW OFFICES OF

## SMITH, DRISCOLL & ASSOCIATES, PLLC

414 SHOUP AVE.
POST OFFICE BOX 50731
IDAHO FALLS, IDAHO 83405

BRYAN D. SMITH
B.J. DRISCOLL
BRYAN N. ZOLLINGER
DOUG G. BOWEN

TELEPHONE (208)524-0731
FAX (208) 529-4166
e-mail: info@eidaholaw.com

May 28, 2014

Terri Carson
1780 Balboa Dr Apt C
Idaho Falls, ID 83404

Re: **Medical Recovery Services, LLC v. Terri Carson**
**Bonneville County Case Number CV-12-1123**

Dear **Terri Carson** :

Please find an ORDER OF EXAMINATION attached to this letter.

Pursuant to the attached Order, you are required to appear before the court at 9:00 a.m. on July 11, 2014 regarding a Judgment taken against you by Medical Recovery Services, LLC. If you fail to appear before the Court at 9:00 a.m. on July 11, 2014, we will seek an Arrest Warrant, and the County Sheriff's Department will bring you before the Court.

You can avoid appearing before the court at 9:00 a.m. on July 11, 2014 if you call our offices, schedule an appointment to meet with an attorney at our offices, and actually meet with an attorney at our offices no later than July 1, 2014.

Again, you have been served with a Court Order to appear before the Court at 9:00 a.m. on July 11, 2014. You will not need to appear pursuant to the Order *ONLY IF* you meet with an attorney at our offices no later than July 1, 2014. YOU MUST SCHEDULE THIS APPOINTMENT, WE WILL NOT DO IT FOR YOU!

Sincerely,
Smith, Driscoll & Associates, PLLC


Robert Draper
Assistant to Bryan N. Zollinger
**NOTE: This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

F:\CLIENTS\BDS\Collections\MRS\Files\7341.07351\Pleadings\140514 Supp Exam.docx

MRS00079

```
___   MEDICAL RECOVERY SERVICES, LLC                06/09/2014
___   DEBT COLLECTIONS
      PO BOX 51178 / 430 SHOUP AVE
      IDAHO FALLS, ID 83405
      (208) 359-9447



      TERRY CARSON                          Account No: 159991-70282
      PO BOX 52063
      IDAHO FALLS, ID   83405-2063
```

COST OF SUIT

     DO YOU REALIZE THE ADDITIONAL COST OF SUIT TODAY?  YOU HAVE EITHER FAILED TO RESPOND TO OUR PREVIOUS NOTICES OR YOU HAVE FAILED TO KEEP A PREVIOUS AGREEMENT.  YOU CAN STILL PREVENT LEGAL ACTION BY SENDING PAYMENT IN FULL TO THIS OFFICE WITHIN 72 HOURS OR CALLING US TODAY!

     DO YOU REALIZE WHAT WE CAN INSTRUCT THE SHERIFF TO DO?

WITH A JUDGMENT, OUR ATTORNEY CAN HAVE THE SHERIFF GARNISH YOUR WAGES; GARNISH YOUR CHECKING OR SAVINGS ACCOUNT; LEVY ON ANYTHING YOU OWN OR HAVE ABOVE LEGAL EXEMPTIONS.  THIS COULD MEAN YOUR HOME, PROPERTY, VEHICLE, FURNITURE, ETC.

IN OTHER WORDS, YOU WILL BE RESPONSIBLE TO PAY FOR THE ACCOUNTS BELOW PLUS YOU COULD BE SUBJECT TO ATTORNEY FEES, INTEREST, COURT COSTS, AND SHERIFF FEES.  MAY WE PLEASE HEAR FROM YOU?

SINCERELY,
THE COLLECTION DEPARTMENT

| ACCT # | CLIENT | AMOUNT | INT | FEES | TOTAL |
|---|---|---|---|---|---|
| 159991 | Intermountain Emergency Ph | 181.90 | 0.00 | 0.00 | 181.90 |
| 164308 | Intermountain Emergency Ph | 723.00 | 0.00 | 0.00 | 723.00 |
| 167171 | Womens Healthcare Associat | 946.60 | 0.00 | 0.00 | 946.60 |
|  |  |  | TOTAL AMOUNT DUE |  | 1851.50 |

| | |

THIS IS AN ATTEMPT TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL BE USED FOR THIS PURPOSE.

MRS00080

MEDICAL RECOVERY SERVICES, LLC
DEBT COLLECTIONS
PO BOX 51178 / 430 SHOUP AVE
IDAHO FALLS, ID 83405
(208) 359-9447

07/10/2014

Intermountain Emergency Ph
824.00

TERRY CARSON

PO BOX 52063
IDAHO FALLS, ID  83405-2063

Account No: 217871-70282

THIS ACCCOUNT HAS BEEN ASSIGNED TO OUR OFFICE FOR COLLECTIONS.  PERHAPS YOU HAVE NOT INTENTIONALLY NEGLECTED THIS OBLIGATION.  IT IS SERIOUSLY PAST DUE AND REQUIRES YOUR ATTENTION.

THERE ARE THREE WAYS TO SETTLE THIS ACCOUNT:

1. YOU MAY SEND PAYMENT IN FULL;

2. YOU MAY COME INTO OUR OFFICE AND MAKE ARRANGEMENTS TO PAY YOUR ACCOUNT; OR

3. YOU MAY CONTACT OUR OFFICE BY PHONE AND MAKE ARRANGEMENTS FOR PAYMENT.

ALL COMMUNICATION AND PAYMENTS MUST BE MADE TO MEDICAL RECOVERY SERVICES, LLC.

THANK YOU,

THE COLLECTION DEPARTMENT

If you dispute the validity of this debt in writing within 30 days, we will mail verification of the debt to you.  If you do not dispute the validity of this debt within 30 days, we will assume it is valid.  At your request we will provide you with the name and address of the original creditor if  different from the current creditor. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.  Accounts will incur a finance charge of 12% per year or 1% per month on unpaid balances.

THIS IS AN ATTEMPT TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

MRS00081

MRS000082



PRESORTED
FIRST CLASS

P.O. Box 51178
Idaho Falls, ID 83405

