Bradley J Williams, ISB No. 4019
Jetta Hatch Mathews, ISB No. 8468
MOFFATT, THOMAS, BARRETT, ROCK &
    FIELDS, CHARTERED
900 Pier View Drive Suite 206
Post Office Box 51505
Idaho Falls, Idaho  83405
Telephone  (208) 522-6700
Facsimile  (208) 522-5111
bjw@moffatt.com
jah@moffatt.com
22342.0013

Attorneys for Medical Recovery Services, LLC,
Smith Driscoll & Associates, PLLC, Bryan N. Zollinger,
and Bryan D. Smith

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TERRY CARSON,<br><br>    Plaintiff,<br><br>vs.<br><br>MEDICAL RECOVERY SERVICES, LLC, (an Idaho Limited Liability Company); SMITH DRISCOLL & ASSOCIATES, PLLC, (an Idaho Limited Liability Company); BRYAN N. ZOLLINGER, BRYAN D. SMITH,<br><br>    Defendants. | Case No. 4:14-CV 379-REB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

  Defendants Medical Recovery Services, LLC, Smith, Driscoll & Associates, PLLC, Bryan N. Zollinger, and Bryan D. Smith by and through their attorneys of record and Plaintiff pro se Terry Carson hereby stipulate pursuant to Federal Rule of Civil Procedure

41(a)(1)(ii) to the dismissal of the Plaintiff's claims with prejudice, each party to bear its own costs and attorney's fees.

DATED this 27th day of October, 2015.

MOFFATT, THOMAS, BARRETT, ROCK & FIELDS, CHARTERED

By _____
Jetta Hatch Mathews – Of the Firm
Attorneys for Medical Recovery
Services, LLC, Smith Driscoll &
Associates, PLLC, Bryan N. Zollinger
and Bryan D. Smith

DATED this 23 day of October, 2015.

By _____
Terry Carson, pro se Plaintiff

STIPULATION FOR DISMISSAL WITH PREJUDICE - 2

Client:3979573.1