# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| TERRY CARSON,<br><br>　　Plaintiff,<br><br>vs.<br><br>MEDICAL RECOVERY SERVICES, LLC, (an Idaho Limited Liability Company); SMITH DRISCOLL & ASSOCIATES, PLLC, (an Idaho Limited Liability Company); BRYAN N. ZOLLINGER, BRYAN D. SMITH<br><br>　　Defendants. | Case No.: 4:14-CV-379-REB<br><br>**ORDER OF DISMISSAL** |

　　This matter having come before the Court upon the parties' Stipulation for Dismissal With Prejudice (Docket No. 31), pursuant to FRCP 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the Court being duly advised,

　　IT IS HEREBY ORDERED that this action is DISMISSED, WITH PREJUDICE, each party to pay its own attorneys' fees and costs.  The Clerk's Office is directed to close the case.

DATED:  **October 27, 2015**

_____
Honorable Ronald E. Bush
Chief U. S. Magistrate Judge

**ORDER OF DISMISSAL - 1**